**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JUAN DAVID RAMIREZ et al,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-03122-E-BW** |
| | § | |
| **CITIMORTGAGE, INC. et al,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court (ECF No. 12).

Accordingly, this action is **DISMISSED without prejudice** for failure to comply with Fed. R. Civ. P.4(m) and pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute the case.

**SO ORDERED** on this **April 29, 2026**.

_____

Ada Brown
UNITED STATES DISTRICT JUDGE